UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

                Plaintiff,

– against –

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

23-cv-06798 (ER)

Ramos, D.J.:

    Defendants have moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Megginson is directed to respond to the motion by April 30, 2024. Defendants shall reply by May 7, 2024.

    The Clerk of Court is respectfully directed to provide a copy of this order to Megginson.

    SO ORDERED.

Dated:   March 20, 2024
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.