UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

                Plaintiff,

– against –

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

23-cv-06798 (ER)

Ramos, D.J.:

    Defendants' request to stay discovery (Doc. 22 at 9) is GRANTED.  Defendants' motion presents substantial arguments for dismissal, and a stay would not unfairly prejudice Megginson. *See, e.g.*, *HAHA Glob., Inc. v. Barclays*, No. 19 Civ. 04749 (VEC) (SDA), 2020 WL 832341, at *1 (S.D.N.Y. Feb. 20, 2020).  Accordingly, discovery in this matter shall be stayed pending resolution of Defendants' motion to dismiss.

    The Clerk of Court is respectfully directed to provide a copy of this order to Megginson.

    SO ORDERED.

Dated:   May 9, 2024
             New York, New York

                                                EDGARDO RAMOS, U.S.D.J.