UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL E. MEGGINSON,

                Plaintiff,

– against –

MOLINA, *NYC DOC Commissioner*, LILWANNIA GLOVER, *NYC DOC Deputy Warden of OSIU*, MILLER, *NYC DOC Warden of N.I.C.*, and NEW YORK CITY,

                Defendants.

**ORDER**

23-cv-06798 (ER)

Ramos, D.J.:

On June 23, 2025, the City of New York filed a status report indicating that the parties were continuing to discuss a global resolution of this action and *Megginson v. The City of New York et al*, 23-cv-04170-ER. Doc. 76. In that letter, the City also stated that Megginson, who is incarcerated and proceeding *pro se*, informed it that he "identified evidence produced by Defendants that allegedly substantiates his claims against [them]," and that Megginson would be sending Defendants copies of those records upon receiving them at his new facility. *Id.* The City stated that it "instructed [Megginson] that Defendants would review any materials provided by [him] and would take them under advisement as Defendants work to receive Comptroller authority for a counteroffer to [Megginson's] global settlement proposal for this action." *Id.*

On July 25, 2025, Megginson filed a letter requesting leave to move for summary judgment by August 5, 2025. Doc. 77. Megginson's letter provides no information concerning the parties' ongoing settlement discussions.

By July 30, 2025, Defendants are directed to file a letter (1) responding to Megginson's request for leave and providing their position on the appropriateness of proceeding to summary

judgment; (2) stating whether, from their perspective, discovery has been completed; (3) providing a status update as to whether Megginson has provided the discovery that he identified as substantiating his claims; and (4) providing a status update on the extent to which settlement discussions are still ongoing.

The Clerk of Court is respectfully directed to provide a copy of this order to Megginson.

SO ORDERED.

Dated: July 28, 2025
New York, New York

EDGARDO RAMOS, U.S.D.J.